UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES RAY WALKER,<br><br>  Plaintiff,<br><br>v.<br><br>KOEHN, *et al.*,<br><br>  Defendants. | Case No. 2:22-cv-02054-RFB-DJA<br><br>ORDER |

**I.   DISCUSSION**

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address listed with the Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff until **May 24, 2023**, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by **May 24, 2023**, this case will be subject to dismissal without prejudice.

Pursuant to the Court's screening order, the Court grants Plaintiff leave to file an amended complaint. (ECF No. 2 at 8). If Plaintiff chooses not to file an amended complaint, this action will proceed immediately on the Eighth Amendment deliberate indifference to serious medical needs claim against Defendants Dr. Koehn, Dr. Hanf, Nurse Martin, and Dr. Doe 1 and Dr. Doe 2 when Plaintiff learns their names. (*Id.*) Plaintiff will have until **May 24, 2023**, to file an amended complaint.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated

address with the Court by **May 24, 2023**.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely file an updated address with the Court, this case will be subject to dismissal without prejudice.

IT IS FURTHER ORDERED that, if Plaintiff chooses to file an amended complaint, he will file the amended complaint by **May 24, 2023**.

IT IS FURTHER ORDERED that if Plaintiff chooses not to file an amended complaint, this action will proceed immediately on the Eighth Amendment deliberate indifference to serious medical needs claim against Defendants Dr. Koehn, Dr. Hanf, Nurse Martin, and Dr. Doe 1 and Dr. Doe 2 when Plaintiff learns their names.

IT IS FURTHER ORDERED that the Clerk of Court send Plaintiff one time courtesy copies of the Court's screening order and attachment (ECF Nos. 2, 2-1), the complaint (ECF No. 3), and this order to Plaintiff at Ely State Prison.

DATED THIS 24th day of April 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE