UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES RAY WALKER,<br><br>　　　　　　　　　Plaintiff<br><br>　v.<br><br>KOEHN, *et al.*,<br><br>　　　　　　　　　Defendants | Case No. 2:22-cv-02054-RFB-DJA<br><br>ORDER |

　　　The Court issues this order on its own initiative. On several occasions, the Court has received notice that James Walker's ("Plaintiff") mail has been returned as undeliverable. (ECF Nos. 10, 11, 14.) The most recent notice states that Plaintiff is no longer incarcerated at Ely State Prison ("ESP") and is on parole. (ECF No. 14.) However, the Nevada Department of Corrections' ("NDOC") database shows that, as of June 27, 2023, Plaintiff still resides at ESP. *See* NDOC Inmate Search, https://ofdsearch.doc.nv.gov/form.php (last visited June 27, 2023). For this case to proceed, the Court needs to resolve the contradicting information regarding Plaintiff's location.

　　　Therefore, the Court **ORDERS** Jessica Brown, Deputy Attorney General, to notify the Court by **July 3, 2023**, whether Plaintiff is still incarcerated at ESP, at a different prison, or is on parole.

　　　DATED this 27th day of June 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE