**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
CRISTINA P. VALENTINE, ESQ. (#16440)
3005 West Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
taylor@lagomarsinolaw.com
cristina@lagomarsinolaw.com
*Pro Bono Attorneys for Plaintiff Walker*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES RAY WALKER;<br>Plaintiff,<br><br>vs.<br><br>KOEHN, *et al.*;<br><br>Defendants. | CASE NO.: 2:22-cv-02054-RFB-DJA<br><br>**STIPULATION TO PERMIT PLAINTIFF TO ISSUE ADDITIONAL INTERROGATORIES** |

IT IS HEREBY STIPULATED AND AGREED between all Parties, by and through their undersigned attorneys, that there is good cause for Plaintiff to be allowed to issue additional interrogatories.

WHEREAS, for the entirety of the discovery period in this case, Plaintiff represented himself *pro se*, with only those resources available to him as an incarcerated individual. Subsequently, the Court granted Plaintiff's request to appoint pro bono counsel on March 5, 2026 (ECF No. 86).

WHEREAS, while he was representing himself, Plaintiff issued twenty (20) interrogatories to each Defendant. Since becoming represented, Plaintiff has issued an additional five (5) interrogatories to each Defendant, reaching the maximum allowed by FRCP 33.

WHEREAS, good cause exists to allow more than twenty-five (25) interrogatories to each Defendant because Plaintiff is now represented by counsel, with the resources required to effectively conduct discovery in this matter.

. . .

. . .

Therefore, the Parties hereby STIPULATE that Plaintiff may issue an additional fifteen (15) interrogatories to each remaining defendant, for a total of thirty (30) additional interrogatories.

**IT IS SO STIPULATED AND AGREED.**

DATED this 24th day of July, 2026.

**LAGOMARSINO LAW**

*/s/ Taylor N. Jorgensen*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
CRISTINA P. VALENTINE, ESQ. (#16440)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
*Pro Bono Attorneys for Plaintiff Walker*

DATED this 24th day of July, 2026.

**STATE OF NEVADA,**
**ATTORNEY GENERAL'S OFFICE**

*/s/ Rudolf D'Silva*
RUDOLF D'SILVA, ESQ. (#16227)
Deputy Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
*Attorney for Defendants*

**IT IS SO ORDERED.**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 27, 2026