**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
CRISTINA P. VALENTINE, ESQ. (#16440)
3005 West Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
taylor@lagomarsinolaw.com
cristina@lagomarsinolaw.com
*Pro Bono Attorneys for Plaintiff Walker*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JAMES RAY WALKER;

Plaintiff,

vs.

KOEHN, *et al.*;

Defendants.

CASE NO.: 2:22-cv-02054-RFB-DJA

**STIPULATION AND ORDER TO RE-OPEN AMEND PLEADINGS/ADD PARTIES DEADLINE**

IT IS HEREBY STIPULATED AND AGREED between all Parties, by and through their undersigned attorneys, that there is good cause for the amend pleadings/add parties deadline to be re-opened in this matter, which will not affect the deadlines currently set by the Court under the Order issued on September 9, 2026 (ECF No. 107). The parties submit this *Stipulation and Order to Re-Open Amend Pleadings/Add Parties Deadline* in accordance with Fed. R. Civ. P. 16(b)(4), Fed. R. Civ. P. 6(b)(1)(B), Local Rule ("LR") 26-3, and LR IA 6-1, and hereby jointly request entry of an Order reopening the amended pleadings/add parties deadline as outlined herein.

## I. PROCEDURAL BACKGROUND

On April 6, 2026, the Court issued an Order re-opening discovery in this matter after Plaintiff was able to obtain *pro bono* counsel. (ECF No. 98). At that time, the amend pleadings/add parties deadline was set for May 29, 2026.

On August 13, 2026, the Parties requested an extension of discovery deadlines, but did not

include the amend pleadings/add parties deadline in their request. (ECF No. 105). The Parties requested an additional extension, which was approved on September 9, 2026 (ECF No. 107), and set the deadlines as follows:

| Deadline | Date |
|---|---|
| Initial Expert Disclosures | Friday, January 29, 2027 |
| Rebuttal Expert Disclosures | Monday, March 1, 2027 |
| Close of Discovery | Tuesday, March 30, 2027 |
| Discovery Motions | Tuesday, April 13, 2027 |
| Dispositive Motions | Tuesday, May 11, 2027 |
| Joint Pretrial Order | Friday, June 11, 2027 |

## II. DISCOVERY COMPLETED

### A. Initial Disclosures

The Parties have exchanged their initial disclosures and Plaintiff has served his first and second supplement to his disclosures. Defendant served their first supplement on September 1, 2026.

### B. Written Discovery

Prior to receiving counsel, Plaintiff served his first set of discovery to Defendants Hahn and Koehn, and those responses were received. Plaintiff served his first set of requests for admission and requests for production of documents to Defendants Hanf and Koehn, along with his second set of interrogatories, on July 10, 2026. Those responses were received on September 1, 2026. Plaintiff served his second set of interrogatories to Defendants on July 7, 2026. Defendant Koehn's responses were receive on September 30, 2026, but Defendant Hanf's responses are now due October 30, 2026.

### C. Depositions

No depositions have been conducted in this case.

## II. DISCOVERY THAT REMAINS TO BE COMPLETED

The Parties have yet to complete the following discovery:

- deposition(s) of the named parties;
- disclosure of initial and rebuttal experts;
- depositions of fact and expert witnesses;
- additional third-party subpoenas; and
- any additional discovery the parties wish to conduct that is permitted by the FRCP.

**III. WHY THE AMEND PLEADINGS/ADD PARTIES DEADLINE SHOULD BE RE-OPENED AND WHY IT WAS NOT COMPLETED BY THE PRIOR DEADLINE**

Since receiving appointed counsel, Plaintiff has been able to review the case and facts in the context of additional written discovery responses from the Defendants. However, critical interrogatory responses from Defendant Hanf have been delayed due to him currently being out of the country and having limited access to internet. The lack of this information has made it difficult for Plaintiff's counsel to make a good faith determination as to whether or not the Complaint should be amended and, if so, how. Counsel for all Parties are working together in good faith to complete discovery and move the case along, but the delays in determining whether to amend the Complaint have been unavoidable.

The Parties expect that interrogatory responses from Defendant Hanf will be forthcoming this month. In the spirit of compromise, the Parties also therefore agree to extend the deadline to amend the Complaint to avoid unnecessary motion practice regarding the same.

**IV. PROPOSED SCHEDULE FOR AMEND PLEADINGS/ADD PARTIES DEADLINE**

In line with the current deadlines set in this case (above at §1), the amend pleadings/add parties deadline should be set for November 20, 2026.

**IT IS SO STIPULATED AND AGREED.**

DATED this 5th day of October, 2026.

**LAGOMARSINO LAW**

*/s/ Taylor N. Jorgensen* .
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
CRISTINA P. VALENTINE, ESQ. (#16440)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
*Pro Bono Attorneys for Plaintiff Walker*

DATED this 5th day of October, 2026.

**STATE OF NEVADA,
ATTORNEY GENERAL'S OFFICE**

*/s/ Rudolf D'Silva* .
RUDOLF D'SILVA, ESQ. (#16227)
Deputy Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
*Attorney for Defendants*

**IT IS SO ORDERED.**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: October 6, 2026